**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/20

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 30, 2019

So ordered
1-2-20
/s/ Hellerstein

BY ECF & FAX
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7942

Re: <u>United States v. Cruz</u>
19 Cr. 775 (AKH)

Dear Judge Hellerstein:

I write with the consent of the Government to adjourn the conference in the above captioned matter currently scheduled for January 3, 2020. I have been out of the office for an extended period on bereavement leave and, as a result, need additional time to discuss with Mr. Cruz his options going forward. This is the first such request.

I respectfully request an adjournment of two weeks to January 17, 2020, if that date is convenient with the Court.

Respectfully submitted,

/s/ *Amy Gallicchio*

Amy Gallicchio
Assistant Federal Defender
(212) 417-8728

cc: AUSA Kedar Bhatia