UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
United States of America,

            -against-

Eric Cruz,

            Defendant.
-------------------------------------------------------------

**ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A U.S. MAGISTRATE JUDGE**

19 Cr. 775 (AKH) (GWG)

ALVIN K. HELLERSTEIN, U.S.D.J.:

WHEREAS with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Gabriel W. Gorenstein on January 24, 2020;

WHEREAS a transcript of the allocution was made; and

WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS THEREFORE ORDERED THAT the defendant's guilty plea is accepted.

SO ORDERED

Dated:     New York, New York
            Feb. 11, 2020

ALVIN K. HELLERSTEIN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2020