# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 31, 2022

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7942

**Re:** **United States v. Eric Cruz**
**19 Cr. 775 (AKH)**

*So Ordered.*
X /s/ Alvin K. Hellerstein
6/2/2022

Dear Judge Hellerstein:

    I write with the consent of the United States Probation Department to request the Court's permission for Mr. Cruz to travel internationally to Cuba from June 11, 2022, to June 18, 2022.

    As the Court may recall, Mr. Cruz practices Palo Mayombe, a religion that developed in Cuba. He would like to travel to Cuba for religious purposes in order complete several ceremonial rites.

    Mr. Cruz was released from prison and commenced his term of supervised release on February 25, 2021. He is employed and has been in full compliance with his conditions of supervision. If the Court grants this request, Mr. Cruz will provide his Probation Officer with his itinerary and travel details and remain in contact as directed.

Respectfully submitted,

*/s/ Amy Gallicchio*

Amy Gallicchio
Assistant Federal Defender
(212) 417-8728 / (917) 612-3274

cc: AUSA Kedar Bhatia
      USPO Sonales Gonzalez