UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,                          :
:     **ORDER DENYING EARLY**
-against-                             :     **TERMINATION OF**
:     **SUPERVISED RELEASE**
ERIC CRUZ,                                                   :
:     19 Cr. 775 (AKH)
                                    Defendant.        :
:
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On May 4, 2023, Defendant Eric Cruz filed a letter motion requesting early termination of his supervised release term, which is currently set to expire March 29, 2024. ECF No. 25. On May 8, 2023, I ordered the government to respond to the request. ECF No. 26. The government filed its opposition on May 19, 2023, ECF No. 27, and Defendant filed his reply on May 24, 2023, ECF No. 28. Probation has opposed early termination.

       Defendant's request for early termination is denied. Defendant committed the crime for which he is currently on supervised release while he was on supervised release in connection with a 2013 drug charge. That fact, combined with his criminal record, suggest that the full term of supervised release is necessary for Defendant's rehabilitation.

       The Clerk shall terminate ECF Nos. 25 and 28.

       SO ORDERED.

Dated:   June 23, 2023                         /s/ Alvin K. Hellerstein
         New York, New York             ALVIN K. HELLERSTEIN
                                                  United States District Judge